UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KELLY ADRIANA LAVACCA

    Plaintiff,

v.                           Case No.: 2:20-cv-00672-JLB-MRM

EQUIFAX INFORMATION SERVICES,
LLC, and CREDIT COLLECTION
SERVICES, INC.

    Defendants.
_____/

## ORDER

Plaintiff has reached a settlement with Defendant Equifax Information Services, LLC ("Equifax"). (Doc. 11.) Pursuant to Local Rule 3.08(b), the claims against Equifax are **DISMISSED**, subject to the right of either Plaintiff or Equifax, within sixty days, to: (1) submit a stipulated form of final order or judgment, or (2) move to reopen the case for good cause.

**ORDERED** in Fort Myers, Florida, on November 9, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE