UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KELLY ADRIANA LAVACCA

    Plaintiff,

v.                                    Case No. 2:20-cv-672-JLB-MRM

EQUIFAX INFORMATION SERVICES,
LLC, and CREDIT COLLECTION
SERVICES, INC.,

    Defendants.
_____

## ORDER

Plaintiff has filed a notice of voluntary dismissal with prejudice against Defendant Credit Collection Services, LLC.  (Doc. 17); Fed. R. of Civ. P. 41(a)(1)(A)(i).  The notice is self-executing.  Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam).  Under the Local Rules, Plaintiff's claims against Defendant Equifax Information Services, LLC, were also "dismissed" after Plaintiff filed a notice of settlement.[1]  (Doc. 12.)  Accordingly, the Clerk is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on March 2, 2021.

*[signature: John L. Badalamenti]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] The Court's first "dismissal" order allowed Plaintiff or Equifax to file a stipulated judgment or move to reopen the case within sixty days.  (Doc. 12.) Neither party has done so.